IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN RRAPI,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC. and PHH MORTGAGE SERVICES a/k/a PHH MORTGAGE CORPORATION<br><br>    Defendants. | Case No.: |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, PHH Mortgage Services a/k/a PHH Mortgage Corporation ("PHH") and Sierra Pacific Mortgage Company, Inc. ("Sierra") (collectively, "Defendants"), hereby remove the above-captioned action from the Superior Court, Judicial District of Fairfield at Bridgeport, to the United States District Court for the District of Connecticut. As grounds for the removal of this case, Defendants state as follows:

## THE STATE COURT ACTION

1. On November 9, 2022, Plaintiff, Martin Rrapi ("Plaintiff"), commenced the underlying state court action, captioned *Martin Rrapi v. Sierra Pacific and PHH Mortgage Services a/k/a PHH Mortgage Corporation*, Docket No. FBT-CV22-6119297-S (the "State Court Action"), by filing a Complaint in the Superior Court, Judicial District of Fairfield at Bridgeport, with a Return Date of December 6, 2022.

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action are attached as **Exhibit A**.

3. A copy of the docket from the State Court Action is attached as **Exhibit B**.

## REMOVAL IS TIMELY

4. PHH was served with the Summons and Complaint on October 31, 2022.

5. PHH proceed with removal within 30 days of service, making removal timely pursuant to 28 U.S.C. § 1446(b).

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

6. This action is removable because the Court has original jurisdiction under 28 U.S.C. § 1331, which provides in pertinent part that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. In the Complaint, Plaintiff has alleged a claim arising under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* (*See* Ex. A., Compl. p. 11).

8. This Court therefore has federal question jurisdiction over the action under 28 U.S.C. § 1331 because the Complaint purports to assert claims arising under the laws of the United States – namely, the FCRA. (*Id.*)

## ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED

9. The Superior Court, Judicial District of Fairfield at Bridgeport is within the judicial district of this United States District Court. The action is therefore properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

10. Pursuant to 28 U.S.C. § 1446(d), Defendants will give Plaintiff written notice of the filing of this Notice of Removal and shall file the written notice of the filing of this Notice of Removal with the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport. A true and correct copy of the Notice of Filing of Notice of Removal is attached as **Exhibit C**.

WHEREFORE, Defendants, PHH and Sierra, hereby remove the State Court Action to the United States District Court for the District of Connecticut.

Dated:  November 30, 2022

By: /s/ Lijue T. Philip
Lijue T. Philip, Esquire
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
T: 212-404-0625
F: 646-682-7180
E: lphilip@stradley.com

*Attorneys for Defendant, PHH Mortgage Services a/k/a PHH Mortgage Corporation and Sierra Pacific Mortgage Company, Inc.*